UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIA HENRRIQUEZ, on behalf of herself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

DOLLAR BUDGET, INC. d/b/a 99 CENTS VILLAGE, and DOLLAR VILLAGE, INC. d/b/a 99 CENTS VILLAGE, and MUHAMMED IRFAN, individually,

                Defendants.
------------------------------------------------------------------------X

NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Case No. 1:24-cv-08066 (NRM)(LKE)

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Maria Henrriquez hereby accepts Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
         November 19, 2025

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel. (516) 248-5550
Fax. (516) 248-6027

By: ___/s/ Edgar Rivera_____
EDGAR M. RIVERA (ER 1378)
ALEXANDER T. COLEMAN (AC 8151)
MICHAEL J. BORRELLI (MB 8533)

## CERTIFICATE OF SERVICE

    I, Edgar M. Rivera, Esq., hereby certify that on this date, November 19, 2025, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Offer of Judgment Pursuant to Fed. R. Civ. P. 68*, dated November 19, 2025, was served *via* email on the following:

BILL ZOU & ASSOCIATES PLLC
William X. Zou, Esq.
136-20 38th Avenue, Suite 10D
Flushing, New York 11354
Tel: (718) 661-9562
Email: zoulawoffice@yahoo.com
*Counsel for Defendants*

                                                            EDGAR M. RIVERA, ESQ.