UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA HENRRIQUEZ, on behalf of herself,
individually, and on behalf of all others
similarly-situated,

                Plaintiff,                      JUDGMENT

v.                                               24-cv-08066-NRM-LKE

DOLLAR BUDGET, INC. d/b/a 99 CENTS
VILLAGE, and DOLLAR VILLAGE, INC.,
d/b/a 99 CENTS VILLAGE, and
MUHAMMED IRFAN, individually,

                Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 19, 2025; and Defendants, DOLLAR BUDGET, INC. d/b/a 99 CENTS VILLAGE, and DOLLAR VILLAGE, INC. d/b/a 99 CENTS VILLAGE, and MUHAMMED IRFAN, individually,, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff MARIA HENRRIQUEZ in the above-captioned action in the total sum of THIRTY THOUSAND DOLLARS AND ZERO CENTS ($30,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff MARIA HENRRIQUEZ and against Defendants, DOLLAR BUDGET, INC. d/b/a 99 CENTS VILLAGE, and DOLLAR VILLAGE, INC. d/b/a 99 CENTS VILLAGE, and MUHAMMED IRFAN, individually, in the above-captioned action in the total sum of THIRTY THOUSAND DOLLARS AND ZERO CENTS ($30,000.00).

Dated: Brooklyn, New York                                   Brenna B. Mahoney
       November 20, 2025                                        Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk